IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JUDY CURLEY o/b/o J.K.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:07cv905-CSC |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Now pending before the court is the plaintiff's motion for an extension of time to file her brief (doc. # 13).  Upon consideration of the motion and for good cause, it is

ORDERED that the plaintiff's motion for an extension of time to file her brief (doc. # 11) be and is hereby GRANTED an extension of 30 days to file her brief.  It is further

ORDERED that the defendant's deadline for filing his brief be and is hereby EXTENDED acordingly.

Done this 26th day of February, 2008.


_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE