STRICKEN FROM RECORD THIS PLEADING

DOCKETED IN WRONG CASE BY E-FILER

Case 1:07-cv-00905-CSC  Document 18-2  Filed 04/24/2008  Page 1 of 1