IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JUDY CURLEY o/b/o J.K.C., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:07cv905-CSC |
| | ) |
| MICHAEL J. ASTRUE | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

On April 24, 2008, the defendant filed a motion for extension of time to file his brief (doc. # 17). The plaintiff does not object to an extension of time. Accordingly, upon consideration of the motion, and for good cause, it is

ORDERED that the defendant's motion for an extension of time be and is hereby GRANTED. The defendant's deadline for filing his brief be and is hereby EXTENDED from April 25, 2008 until May 27, 2008.

Done this 29TH day of April, 2008.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE