IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JUDY CURLEY o/b/o J.K.C., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | CIVIL ACTION NO. 1:07cv905-CSC |

**ORDER**

Now pending before the court is the defendant's second motion for an extension of time to file his brief (doc. # 21). Upon consideration of the motion and for good cause, it is

ORDERED that the defendant's second motion for an extension of time to file his brief (doc. # 21) be and is hereby GRANTED and the deadline for filing his brief be and is hereby EXTENDED from May 27, 2008 until June 26, 2008. **Absent extraordinary circumstances, no further extensions will be granted.**

Done this 29th day of May, 2008.

                                                /s/Charles S. Coody
                                          CHARLES S. COODY
                                          UNITED STATES MAGISTRATE JUDGE